# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RODOLFO C. ANDERSON, | ) | No. CV 06-136-PSG(CW) |
| | ) | |
| Petitioner, | ) | ORDER ACCEPTING REPORT |
| | ) | AND RECOMMENDATION OF |
| v. | ) | MAGISTRATE JUDGE |
| | ) | |
| DERREL ADAMS, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a <u>de</u> <u>novo</u> review of those portions of the Report and Recommendation to which objection has been made. The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: <u>August 28, 2014</u>

PHILIP S. GUTIERREZ
United States District Judge