**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RODOLFO C. ANDERSON, | ) | No. CV 06-136-PSG(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| DERREL ADAMS, | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: <u>August 28, 2014</u>

_____
PHILIP S. GUTIERREZ
United States District Judge